UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOMINICK M. GUARNERI,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

    Defendants.

Case No. 15-cv-01826-JSC

**FURTHER ORDER TO SHOW CAUSE**

Plaintiff Dominick M. Guarneri, proceeding pro se, initiated this civil action by filing a document entitled "Verified Complaint" and "Removal of State Case #BAC1400863." (Dkt. No. 1.) Mr. Guarneri appears to be attempting to remove an unlawful detainer action filed against him in the Superior Court for the County of Riverside. On April 30, 2015, the Court issued an Order to Show Cause because the Court appears to lack subject matter jurisdiction over this action such that it should be remanded back to state court. (Dkt. No. 3.) On May 18, 2015, Plaintiff filed a "Confidential Supplement" to the complaint; however, the document is not responsive to the Order to Show Cause and the intent of the filing is unclear. (Dkt. No. 5.) Although the time has run to do so, Plaintiff has not filed a response to the Order to Show.

Accordingly, Plaintiff is ordered to respond to the Order to Show Cause on or before June 10, 2015. In particular, in a written filing made on or before June 10, 2015, Plaintiff must establish how this federal court has jurisdiction over this action.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge