IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINICK GUARNERI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　Defendant.<br>_____ / | No. C 15-01826 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING ACTION** |

　　　　On April 23, 2015, Dominick Guarneri, proceeding *pro se*, filed a document which is entitled a "verified complaint" and a "removal of state case."  a notice of removal and an application to proceed *in forma pauperis*.  Without consent, on June 25, 2015, this matter was reassigned to the undersigned from Magistrate Judge Jacqueline Scott Corley with a Report and Recommendation to remand this action.  No objections were filed.

　　　　Having considered the Report, the relevant legal authority, and the record in this case, the Court finds the Report thorough and well-reasoned and adopts it in every respect.  Accordingly, the Court ADOPTS the Report and Recommendation and REMANDS this case to Superior Court of the State of California for the County of Riverside.  The Clerk shall transfer the file forthwith.

　　　　**IT IS SO ORDERED.**

Dated: July 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE